JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Ronnie Troyn,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Brian Chu, M.D., *et al.*<br><br>　　　　　Defendants | Case No.<br>EDCV 19-196-JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrent herewith,

　　IT IS HEREBY ADJUDGED that Plaintiff's Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: March 5, 2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　　United States District Judge